IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Bradley R. Dupree, ) | Case No. 16-22292-13 |
|    Debtor. ) | |
| ) | |
| Address: 14915 W. 84th Terrace ) | |
| Lenexa, KS 66215 ) | |
| Last four digits of Social Security No. 7604 ) | |

## NOTICE OF OBJECTION TO CLAIM

The debtor Bradley R. Dupree has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then on or before June 13, 2017, you or your lawyer must:

PURSUANT TO LOCAL RULE 3007-1 (B), THE CLAIMAINT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED. IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING. IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM.

If you file a response, you must attend the hearing on the objection, scheduled to be held on June 20, 2017 at 1:30 p.m. in Courtroom 151, United States Bankruptcy Court at 500 State Avenue, Kansas City, KS 66101.

Dated: April 12, 2017          /s/ Teresa M. Kidd_____
                               Teresa M. Kidd, No. 12166
                               12760 W. 87th St. Suite 108
                               Lenexa, KS 66215
                               Tele No.: (913) 422-0610
                               tkidd@kc.rr.com
                               ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Objection to Claim, along with a copy of the Objection to Claim was served on the Creditor CAVALRY SPV I, LLC. May 12, 2017, via U.S. Mail, postage prepaid addressed to: Cavalry SPVI c/o Bass & Associates, 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712 which is t he address on the proof of claim. .

                               /s/ Teresa M. Kidd