The relief described hereinbelow is SO ORDERED.

SIGNED this 15th day of September, 2017.



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
Bradley R. Dupree, ) Case No. 16-22292
          Debtor. )

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 13-1

The Court takes on for consideration the Debtor's Objection to the Proof of Claim of creditor Cavalry Spv I, LLC-Assignee of Capital One, N.A., in the amount of $5370.96 which the creditor claims is a fully secured claim. The court claim number is 13-1.

The Court finds that proper notice was given and that no objections have been filed.

IT IS THEREFORE ORDERED, The claim 13-1 shall be allowed as unsecured in the amount of $5370.

Submitted by:

/s/ Teresa M. Kidd_____
Teresa M. Kidd, No. 12166
12760 W. 87th St. Suite 108
Lenexa, KS 66215
Tele No.: (913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTOR

APPROVED:

OFFICE OF THE CHAPTER 13 TRUSTEE

     William H. Griffin
/s/ _____
William H. Griffin, Chapter 13 Trustee
5115 Roe Blvd. Suite 200
Roeland Park, KS  66205-2393
(913) 677-1311