\IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
Bradley R. Dupree, ) Case No. 16-22292
        Debtor. )

**NOTICE TO WITHDRAW DOCUMENT NO. 34**

The Debtor hereby notifies the Court that he has withdrawn document no. 34.

Submitted by:

/s/ Teresa M. Kidd_____

Teresa M. Kidd, No. 12166
12760 W. 87th St. Suite 108
Lenexa, KS  66215
Tele No.:  (913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTOR